AO 442 (Rev. 01/09) Arrest Warrant

10669379

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

         AUG 24 2018

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY: _____ DEPUTY
```

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:18-cr-00255-JAD-GWF |
| CHARLES ELLIS | ) | |
| *Defendant* | ) | |

REC'D USMS D/NV
2018 AUG 22 PM 03:17

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CHARLES ELLIS ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(a)(1)(A); 924(a)(1)(D) ~ Engaging in the Business of Dealing in Firearms Without a License
18 U.S.C. §§ 922(a)(5); 924(a)(1)(D) ~ Transfer or Sale of Firearm to a Non-Resident

DEBRA K. KEMPI
**CLERK**

*(signature)*

(By) DEPUTY CLERK

8/22/2018 Las Vegas, NV
**DATE**

---

### Return

This warrant was received on *(date)* 8/22/2018 , and the person was arrested on *(date)* 8/23/2018
at *(city and state)*   LAS VEGAS, NV .

Date: 8/22/2018

*(signature)*
*Arresting officer's signature*

For ATF
*Printed name and title*