1 | DAYLE ELIESON
United States Attorney
2 | DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
3 | Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
4 | Las Vegas, Nevada 89101
Telephone: (702) 388-6336
5 | Facsimile: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
6 | Counsel for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | ) 2:18-CR-255-JAD-(GWF) |
|---|---|
| Plaintiff, | ) |
| v. | ) Bill of Particulars for Forfeiture of Property |
| CHARLES ELLIS, | ) |
| Defendant. | ) |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The Criminal Indictment (ECF No. 1) seeks forfeiture of property pursuant to Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c). To correct the property listed in the forfeiture allegation, the United States hereby gives notice that the following property is subject to forfeiture:

1. Zhongzhou Machine works 12 gauge shotgun, Model JW2000 coach gun, SN: JW12-24318;

2. Taurus International .22 pistol, Model PT22, SN: 63613Z;

3. Hi-Point .380 pistol, Model CF380, SN: P922466;

4. Chiappa Firearms .22 caliber, Model 1911-22, SN: 17E03932;

5. Shooters Arms Manufacturing, Inc. .45 Pistol, Model 1911 Military, SN ML126895;

6. Magnum Research, Model Desert Eagle, SN: DK0024994;

7. Marlin Firearms Co., Model 39A, SN: B5936;

8. Chiappa Firearms Ltd. Mare's Leg pistol, Model 1892, SN: 14C71475;

9. Kral Arms 12 gauge shotgun, Model Setter, SN: KRU035392;

10. Ruger .450 Rifle, Model Bushmaster, SN 697-59251;

11. Kimber 9 mm handgun, Model Micro 9, SN PB0042989; and

12. Any and all ammunition

All pursuant to Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c).

DATED this 14th day of September, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on September 14, 2018.

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Paralegal