DONALD J. GREEN, ESQ.
Nevada Bar No. 1869
California Bar No. 112495
4760 South Pecos Road, Suite 103
Las Vegas, Nevada  89121
Tel: (702) 388-2047
Fax: (855) 459-8472
CrimeLV7777@aol.com
Attorney for Defendant
**CHARLES ELLIS**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES ELLIS,<br><br>    Defendant. | Case No.: 2:18-CR-00255-JAD-GWF<br><br>**STIPULATION & ORDER TO MODIFY CONDITIONS OF RELEASE OF DEFENDANT CHARLES ELLIS**<br><br>[FIRST REQUEST] |

CERTIFICATION:  This Stipulation is timely filed.

**IT IS HEREBY STIPULATED AND AGREED**, by and between DAYLE ELIESON, ESQ., United States Attorney, by and through his Assistant United States Attorney, PATRICK BURNS, Esq., counsel for the United States of America; and, DONALD J. GREEN, ESQ. counsel for defendant CHARLES ELLIS (hereinafter referred to as Ellis); that the Order for Release be modified as to Defendant Charles Ellis as follows so that said defendant Ellis may be permitted to travel to and from Dolan Springs, Mojave County, State of Arizona:

...

...

This Stipulation is entered into for the following reasons:

1. On August 23, 2018, defendant was arraigned on the Federal Grand Jury Indictment. On this same day, said defendant Ellis self-surrendered to and was taken into custody by Special Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

2. The defendant pled Not Guilty.

3. On August 23, 2018, Ellis was released from custody and remains at liberty pursuant to conditions previously ordered by the U.S. Magistrate Judge.

4. The Court is advised of the following facts which support this Stipulation for an Order for Modification of the Release Conditions to permit Defendant Ellis to travel to and from Dolan Springs, Mojave County, State of Arizona.

5. United States Pre-Trial Services has been informed that recently, defendant Ellis and his current wife (a national from Thailand) have been experiencing marital difficulties, principally as a direct result of this case. The couple is preparing for a divorce.

6. Defendant Ellis will have to sell his current residence in Clark County and relocate to smaller living quarters in the greater Las Vegas area.

7. As disclosed in the Pre-Trial Services Report presented to the U.S. Magistrate Judge, Ellis owns real property in Dolan Springs, Arizona. Dolan Springs is about 79 linear miles from Las Vegas. Ellis has informed U.S. Pre-Trial Services that he, Ellis,

must take furniture and other household goods to store at his Dolan Springs property in order to save the expense of renting a storage unit in the Las Vegas area.

8. United States Pre-Trial Services has advised defendant Ellis that, in the event that the Court grants this request for travel as a modified condition of release, this agency could monitor Ellis' travel and whereabouts in the area of Dolan Springs, Arizona.

9. The Court and United States Pre-Trial Services are respectfully advised of the following locations and times where and when defendant Ellis would be traveling to and from the greater Las Vegas Area:

    A. Address: 14810 Canyon Drive, Dolan Springs, Arizona 86441.

    B. Travel days: from Las Vegas, Nevada on Fridays at 4:00p.m. to Dolan Springs, Arizona and return to Las Vegas, Nevada by Monday of each week at 7:00a.m. from Dolan Springs, Arizona.

    C. Contact with U.S. Pre-Trial Services: Defendant Ellis would contact U.S. Pre-Trial Services not later than 1:00p.m. of the Wednesday of each week of intended travel as permitted by this Stipulation.

1.    10.   All other conditions of release in the current Order shall remain in force.

   11.   This is the **FIRST** request made for a modification of the conditions of release.

   DATED this 15th day of October, 2018.

```
LAW OFFICES OF DONALD J. GREEN       DAYLE ELIESON, ESQ.
                                     UNITED STATES ATTORNEY
BY   /s/Donald Green                 BY   /J. Patrick Burns
  DONALD J. GREEN, ESQ.                PATRICK BURNS, ESQ.
  4760 S. Pecos Rd. #103               Assistant U.S. Attorney
  Las Vegas, Nevada 89121              501 Las Vegas Blvd., #1100
  Attorney for defendant               Las Vegas, NV  89101
```

...

...       **[THIS SPACE IS INTENTIONALLY LEFT BLANK.]**

...

...       **[THIS SPACE IS INTENTIONALLY LEFT BLANK.]**

...

...       **[THIS SPACE IS INTENTIONALLY LEFT BLANK.]**

...

...       **[THIS SPACE IS INTENTIONALLY LEFT BLANK.]**

...

...       **[THIS SPACE IS INTENTIONALLY LEFT BLANK.]**

...

...       **[THIS SPACE IS INTENTIONALLY LEFT BLANK.]**

...

...       **[THIS SPACE IS INTENTIONALLY LEFT BLANK.]**

```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )   Case No.: 2:18-CR-00255-JAD-GWF
        Plaintiff,           )
  vs.                        )   ORDER GRANTING STIPULATION TO
                             )   MODIFY RELEASE CONDITIONS TO
CHARLES ELLIS,               )   INCLUDE TRAVEL TO AND FROM
        Defendant.           )   LAS VEGAS, NEVADA and
                             )   DOLAN SPRINGS, ARIZONA
_____)
```

The Court having been presented with a Stipulation [First Request] to permit Defendant Charles Ellis to travel to and from Las Vegas, Nevada to Dolan Springs, Mojave County, State of Arizona; and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the Release Conditions previously Ordered by the Court shall be modified to permit said Defendant Charles Ellis to travel as follows:

- A. **Address**: 14810 Canyon Drive, Dolan Springs, Arizona 86441.
- B. **Travel days**: from Las Vegas, Nevada on Fridays at 4:00p.m. to Dolan Springs, Arizona and return to Las Vegas, Nevada by Monday of each week by 7:00a.m. from Dolan Springs, Arizona.
- C. **Contact with U.S. Pre-Trial Services**: Defendant Ellis shall contact U.S. Pre-Trial Services not later than 1:00p.m. of the Wednesday of each week to advise of his intended travel.

IT IS FURTHER ORDERED that all other conditions of pre-trial release in current Order shall remain in force.

Dated this **17th** day of October, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE