# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　vs.<br><br>CHARLES ELLIS,<br>　　　Defendant.<br>_____ | Case No.: 2:18-CR-00255-JAD-GWF<br><br>**ORDER GRANTING STIPULATION TO MODIFY RELEASE CONDITIONS TO INCLUDE TRAVEL TO AND FROM LAS VEGAS, NEVADA AND CANYON COUNTRY, CALIFORNIA** |

The Court having been presented with a Stipulation [Second Request] to permit Defendant Charles Ellis limited travel to and from Las Vegas, Nevada to Canyon Country, California; and GOOD CAUSE APPEARING, the parties' stipulation, Docket No. 19, is hereby GRANTED.

IT IS HEREBY ORDERED that the Release Conditions previously Ordered by the Court shall be modified to permit said Defendant Charles Ellis to travel as follows:

A. **Address**: Trevor Ellis, 19002 Calla Way, Canyon Country, California 91351. Telephone (818) 366-6186.
B. **Travel days**: from Las Vegas, Nevada to Canyon Country, California on December 21, 2018 and return to Las Vegas, Nevada on December 26, 2018.
C. **Contact with U.S. Pre-Trial Services**: Defendant Ellis shall maintain contact U.S. Pre-Trial Services.

IT IS FURTHER ORDERED that all other conditions of the Pre-Trial Release Order shall remain in force.

IT IS SO ORDERED.

DATED: December 20, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE