```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )   Case No.: 2:18-CR-00255-JAD-GWF
        Plaintiff,           )
  vs.                        )   **ORDER GRANTING STIPULATION TO**
                             )   **MODIFY RELEASE CONDITIONS TO**
CHARLES ELLIS,               )   **INCLUDE TRAVEL TO AND FROM**
        Defendant.           **)**  **LAS VEGAS, NEVADA AND**
_____ )   **THE STATE OF HAWAII**
```

The Court having been presented with a Stipulation [Second Request] to permit Defendant Charles Ellis limited travel to and from Las Vegas, Nevada to the State of Hawaii; and GOOD CAUSE APPEARING, the parties' stipulation, Docket No. 23, is hereby GRANTED.

IT IS HEREBY ORDERED that the Release Conditions previously Ordered by the Court shall be modified to permit said Defendant Charles Ellis to travel as follows:

   A.   **Travel days**: from Las Vegas, Nevada to the State of
        Hawaii on May 23, 2019 and return to Las Vegas, Nevada
        on May 26, 2019.
   B.   **Contact with U.S. Pre-Trial Services**: Defendant Ellis
        shall maintain contact U.S. Pre-Trial Services.

IT IS FURTHER ORDERED that all other conditions of the Pre-Trial Release Order shall remain in force.

Dated this 23rd day of May, 2019.

_____
~~U.S. DISTRICT JUDGE~~/ U.S. MAGISTRATE JUDGE