1  DONALD J. GREEN, ESQ.
   Nevada Bar No. 1869
2  California Bar No. 112495
   4760 South Pecos Road, Suite 103
3  Las Vegas, Nevada  89121
   Tel: (702) 388-2047
4  Fax: (855) 459-8472
   CrimeLV7777@aol.com
5  Attorney for Defendant
   **CHARLES ELLIS**
6

7                          **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

9

10
   UNITED STATES OF AMERICA,        )  **Case No.: 2:18-CR-00255-JAD**
11                                   )
            Plaintiff,               )  **STIPULATION TO CONTINUE TRIAL**
12                                   )
                                     )  **[THIRD REQUEST]**
13                                   )
      vs.                            )
14                                   )
   CHARLES ELLIS,                    )
15                                   )
                                     )
16          Defendant.               )
                                     )
17  ─────────────────────────────────

18          CERTIFICATION:  This Stipulation is timely filed.

19      **IT IS HEREBY STIPULATED AND AGREED**, by and between DAYLE

20  ELIESON, ESQ., United States Attorney, by and through her Assistant

21  United States Attorney, PATRICK BURNS, Esq., counsel for the United

22  States of America; and, DONALD J. GREEN, ESQ. counsel for defendant

23  CHARLES  ELLIS  (hereinafter  referred  to  as  Defendant);  and

24  respectfully STIPULATE that the Calendar Call set for JUNE 10, 2019

25  and Trial set for JUNE 18, 2019, be continued to dates convenient to

26  the Court.

27  ...

28  ...

This Stipulation is entered into for the following reasons:

1.   On August 23, 2018, defendant was arraigned on the Federal Grand Jury Indictment. On this same day, defendant Ellis self-surrendered to and was taken into custody by Special Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

2.   The defendant pled Not Guilty.

3.   On August 23, 2018, Ellis was released from custody and remains at liberty pursuant to conditions previously ordered by the U.S. Magistrate Judge.

4.   Government and defense counsel Green have exchanged e-mail transmissions regarding this case. The discovery released to date includes law enforcement reports regarding a large-scale investigation of the defendant.

5.   The discovery released to date and the entries in defendant's I-Pad tablet are composed of thousands of pages. Defense counsel has been reviewing this material. Defense counsel still needs additional time in order to effectively prepare for trial and/or to properly evaluate the case for trial and/or potential pre-trial resolution.

6.   On May 29, 2019, defense counsel consulted with defendant and defendant has agreed to a continuance of the current trial date.

7.   Without this requested continuance, defense counsel has not had, nor will he have, sufficient time and the opportunity within which to prepare for trial and/or potential pre-trial disposition, given the necessity to fully review the files.

8.   It would be unrealistic to expect defense counsel to be able to effectively and thoroughly prepare for trial, and/or

1  potential pre-trial resolution in the above-captioned matter without

2  this request for a continuance of the trial.

3      9.    The Stipulation requests a continuance of the trial to a

4  date and time convenient to the Court. The following dates for trial

5  are proposed to the Court:

6              A.    SEPTEMBER 9, 2019;

7              B.    OCTOBER 28, 2019;

8              C.    NOVEMBER 4, 2019;

9              D.    NOVEMBER 12, 2019.

10             E.    NOVEMBER 18, 2019

11     10.   For all of the above-stated reasons, the ends of justice

12  would best be served by a granting this **THIRD** request for a

13  continuance of the trial.

14     11.   The defendant understands that the Government has stated

15  that, beyond the present Stipulation to the Court, the Government

16  cannot stipulate to any future continuance of the trial.

17     12.   The extension of time sought by the Stipulation is

18  excludable under the Speedy Trial Act, 18 U.S.C. Section 3161

19  (h)(8)(a) when considering the factors under 18 U.S.C. Sections 3131

20  (h)(1), 3161 (h) (8) (b) (I), 3161 (h) (B) (iv), and 3161 (h) (1)(f).

21     13.   This is the **THIRD** request for a continuance of the trial.

22     DATED this 30th day of MAY, 2019.

23  LAW OFFICES OF DONALD J. GREEN      NICOLAS TRUTANICH, ESQ.
                                       UNITED STATES ATTORNEY
24  BY  /s/ Donald J. Green            BY   /s/ Patrick Burns_____
      DONALD J. GREEN, ESQ.            PATRICK BURNS, ESQ.
25    4760 S. Pecos Rd. #103           Assistant U.S. Attorney
      Las Vegas, Nevada 89121          333 Las Vegas Blvd., #500
26    Attorney for defendant           Las Vegas, NV  89101
      CHARLES ELLIS                    GOVERNMENT COUNSEL

27  ...

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No.: 2:18-CR-00255-JAD** |
| ) | |
| Plaintiff, ) | **FINDINGS OF FACT AND** |
| ) | **CONCLUSIONS OF LAW &** |
| vs. ) | **ORDER** |
| ) | |
| CHARLES ELLIS, ) | |
| **)** | |
| ) | |
| Defendant, ) | |
| _____ ) | |

**FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the Court hereby finds:

1.    On August 23, 2018, defendant was arraigned on the Federal Grand Jury Indictment. On this same day, defendant Ellis self-surrendered to and was taken into custody by Special Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

2.    The defendant pled Not Guilty.

3.    On August 23, 2018, Ellis was released from custody and remains at liberty pursuant to conditions previously ordered by the U.S. Magistrate Judge.

4.    Government and defense counsel Green have exchanged e-mail transmissions regarding this case. The discovery released to date includes law enforcement reports regarding a large-scale investigation of the defendant.

5.    The discovery released to date and the entries in defendant's I-Pad tablet are composed of thousands of pages. Defense counsel still needs additional time in order to effectively prepare

1   for trial and/or to properly evaluate the case for trial and/or

2   potential pre-trial resolution.

3       6.   On May 29, 2019, defense counsel consulted with defendant

4   and defendant has agreed to a continuance of the current trial date.

5       7.   Without this requested continuance, defense counsel has not

6   had, nor will he have, sufficient time and the opportunity within

7   which to prepare for trial and/or potential pre-trial disposition,

8   given the necessity to fully review the files.

9       8.   It would be unrealistic to expect defense counsel to be

10   able to effectively and thoroughly prepare for trial, and/or

11   potential pre-trial resolution in the above-captioned matter without

12   this request for a continuance of the trial.

13       9.   The Stipulation requests a continuance of the trial to a

14   date and time convenient to the Court. The following dates for trial

15   are proposed to the Court:

16          A.   SEPTEMBER 9, 2019;

17          B.   OCTOBER 28, 2019;

18          C.   NOVEMBER 4, 2019;

19          D.   NOVEMBER 12, 2019.

20          E.   NOVEMBER 18, 2019

21      10.   The defendant understands that the Government has stated

22   that, beyond the present Stipulation to the Court, the Government

23   cannot stipulate to any future continuance of the trial.

24      11.   For all of the above-stated reasons, the ends of justice

25   would best be served by a granting this **THIRD** request for a

26   continuance of the trial.

27   ...

28   ...

1

CONCLUSIONS OF LAW

2      12.    The extension of time sought by the Stipulation is

3 excludable under the Speedy Trial Act, 18 U.S.C. Section 3161

4 (h)(8)(a) when considering the factors under 18 U.S.C. Sections 3131

5 (h)(1), 3161 (h) (8) (b) (I), 3161 (h) (B) (iv), and 3161 (h) (1)(f)

6      13.    Additionally, denial of the request for a continuance of

7 the trial could result in a miscarriage of justice.

8      14.    The defendant is out of custody.   Defense counsel has

9 informed the defendant of the necessity for a continuance of the

10 current trial date.

11      15.    The Court is informed by defense counsel that on May 29,

12 2019, defendant CHARLES ELLIS gave his consent to a continuance of

13 the current trial date.

14      16.    The denial of this request for a continuance of the trial

15 would deny defendant the opportunity to have continuity of counsel,

16 taking into account the exercise of due diligence.

17      17.    Additionally, denial of the request for a continuance of

18 the trial could result in a miscarriage of justice.

19      18.    For all of the above-stated reasons, the ends of justice

20 would best be served by a granting this **THIRD** request for a

21 continuance of the trial.

22      19.    The extension of time sought by the Stipulation is

23 excludable under the Speedy Trial Act, 18 U.S.C. Section 3161

24 (h)(8)(a) when considering the factors under 18 U.S.C. Sections 3131

25 (h)(1), 3161 (h) (8) (b) (I), 3161 (h) (B) (iv), and 3161 (h) (1)(f).

26      20. Denial of this request for a continuance of the trial could

27 result in a miscarriage of justice.

28

1       21.   The ends of justice served by granting this **THIRD** request

2   for a continuance of the trial and said continuance of the trial

3   outweigh the best interests of the public and the defendant in a

4   speedy trial, because the failure to grant said continuance would be

5   likely to result in a miscarriage of justice, would deny defense

6   counsel adequate time to prepare for trial and/or potential pre-trial

7   resolution, taking into account the exercise of due diligence, and

8   would deny the defendant the opportunity to have continuity of

9   counsel, taking into account the exercise of due diligence.

10      22.   This is the **THIRD** stipulated continuance of the Trial.

11

12          **ORDER**

13

14  **IT IS ORDERED** that the trial date set for JUNE 18, 2019

    shall be VACATED.

15

16  **IT IS ORDERED** that the Trial of this matter shall be continued

    until November 19, 2019, at the hour of 9:00 a.m.

17

18  **IT IS ORDERED** that the Calendar Call date set for JUNE 10

19  2019 shall be VACATED.

20

21  **IT IS ORDERED** that the Calendar Call shall be continued until

    October 28, 2019, at the hour of 1:30 p.m.

22

23  **IT IS FURTHER ORDERED** that the government and the defense shall

24  file proposed jury instructions and/or proposed voir dire on or

    before noon on October 28, 2019.

25

26  **IT IS FURTHER ORDERED** that the Government shall file its Trial

    brief by noon on October 28, 2019.

27

28

1    **IT IS FURTHER ORDERED** that the defense may file its optional

2    Trial brief by noon on October 28, 2019.

3

4

5    **IT IS FURTHER ORDERED** that the counsel for parties shall be

     available at the Court's convenience for a Court hearing and/or

6

     telephone conference call in the event that the Court requires

7

     further clarification of any issue regarding the continuance of the

8

     trial and/or the status of any potential pre-trial disposition of

9

     this case.

10

          **IT IS FURTHER ORDERED** that any further continuances of the Trial

11

     shall be considered only upon a showing of GOOD CAUSE and convenience

12

     of the Court, pursuant to the Speedy Trial Act and in conformance

13

     with Local General Order 2007-4.

14

          DATED this 3rd day of June, 2019

15

16                              _____
                                JENNIFER A. DORSEY
17                              UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28