## STATEMENT OF QUALIFICATIONS

Daniel H. Yun, Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives
Las Vegas, Nevada

I, Daniel H. Yun, hereby declare and state:

1. That I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since September 2012. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2. That during the course of my duties, I have examined numerous of firearms and rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to the National Firearms Act.

3. That I have contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces.

4. That I have had numerous contacts with firearms dealers and manufacturers who are Federal firearms licensees, regarding licensing application, firearms transfer, acquisition, disposition, and compliance, and criminal enforcement matters and continue to do so as part of ATFs liaison with the firearms industry.

5. That I have received formal training for law enforcement personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

    Criminal Investigator School, Federal Law Enforcement Training Center, Glynco, Georgia
    Special Agent Basic Training, ATF National Academy, Glynco, Georgia
    Firearms Interstate Nexus Training, San Francisco Field Division, Dublin, CA
    Firearms Trafficking Round Table, Las Vegas, NV
    Advanced Investigative Techniques, Newark, NJ
    Advanced Investigative Techniques (AIT)
    Special Response Team (SRT)
    United States Army Basic Officers Leadership Course
    United States Army Field Artillery Basic Course
    United States Army Military Police Captains Career Course
    United States Army Marksmanship Training

6. During the training at the Firearms Interstate Nexus Training Course in Washington, D.C., I personally examined the ATF Firearms Technology Branch's Reference Collection, which includes approximately 12,000 firearms.

7. That I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as, common firearms proof marks utilized by numerous foreign countries.

8. That my expertise relative to the various disciplines of firearms and ammunition to include interstate nexus has been requested and recognized by the following agencies:

1

       Bureau of Alcohol, Tobacco, Firearms and Explosives
       California Highway Patrol
       Sacramento Police Department
       Sacramento Sheriff's Department
       Drug Enforcement Administration
       Federal Bureau of Investigation
       Homeland Security Investigations
       United States Fish and Wildlife Service
       Internal Revenue Service
       United States Attorney's Office for the Eastern Judicial District of California
       Las Vegas Metropolitan Police Department

9. I have also accumulated a personal reference library of firearms and ammunition related publications such as *Gun Trader's Guide, Gun Digest, Flayderman's Guide to Antique American Firearms, Blue Book of Gun Values, Gun Trader's Guide to Rifles, Military Firearms, Ammo Encyclopedia, Gun Digest Book of Modern Gun Values,* and *Guns and Ammo* in order to remain familiar with firearms and firearm trends.

Daniel H. Yun
Special Agent