<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                        Page 1 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 1 | Jerry Donn | RIFLE, MNF: MARLIN FIREARMS CO., TYPE: RIFLE, MODEL: 39A, CAL: 22, SN: B5936 |
| 1/11/23 | | 2 | Jerry Donn | SHOTGUN, MNF: ZHONG ZHOU MACHINE WORKS, TYPE: SHOTGUN, MODEL: JW2000 COACHGUN, CAL: 12, SN: JW12-24318 |
| 1/11/23 | | 3 | Jerry Donn | SHOTGUN, MNF: KRAL AV SANAYI/REXIMEX, TYPE: SHOTGUN, MODEL: SETTER, CAL: 12, SN: KRU035392 |
| 1/11/23 | | 4 | Jerry Donn | RIFLE, MNF: RUGER, TYPE: RIFLE, MODEL: AMERICAN RIFLE, CAL: 450, SN: 697-59251 |
| 1/11/23 | | 5 (a)-(b) | Jerry Donn | (a) HANDGUN, MNF: CHIAPPA FIREARMS LTD, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 14C71475<br>(b) ONE FIREARMS BOX CORRESPONDING WITH CHIAPPA FIREARMS LTD |
| 1/11/23 | | 6 | Jerry Donn | HANDGUN, MNF: KIMBER, TYPE: PISTOL, MODEL: MICRO 9 CRIMSON, CAL: 9, SN: PB0042989 |
| 1/11/23 | | 7 | Jerry Donn | HANDGUN, MNF: MAGNUM RESEARCH, INC., TYPE: PISTOL, MODEL: DESERT EAGLE, CAL: 50, SN: DK0024994 |
| 1/11/23 | | 8 | Jerry Donn | HANDGUN, MNF: CHIAPPA FIREARMS LTD, TYPE: PISTOL, MODEL: 1911-22, CAL: 22, SN: 17E03932 |

EXHIBIT LIST

Case No. 2:18-cr-00255-JAD-EJY                                    Page 2 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | | | |
| 1/11/23 | | 9 | Jerry Donn | HANDGUN, MNF:  SHOOTERS ARMS MANUFACTURING, INC. (SAM), TYPE: PISTOL, MODEL: M1911 MILITARY, CAL: 45, SN: ML126895 |
| 1/11/23 | | 10 | Jerry Donn | HANDGUN, MNF:  HIPOINT, TYPE: PISTOL, MODEL:  CF380, CAL: 380, SN: P922466 |
| 1/11/23 | | 11 | Jerry Donn | HANDGUN, MNF:  TAURUS INTERNATIONAL, TYPE: PISTOL, MODEL:  PT22, CAL: 22, SN: 63613Z |
| 1/11/23 | | 12 | Jerry Donn | QTY:  7, MNF: UNKNOWN, CAL: 9 |
| 1/11/23 | | 13 | Jerry Donn | ONE YELLOW SHEET OF PAPER STATING "ESTATE GUN COLLECTION SALE ALL MUST BE SOLD" |
| 1/10/23 (14c) 1/11/23 (14a and 14b) | | 14 (a)-(c) | Jerry Donn | (a) 1 BLUE BINDER CONTAINING RECIEPTS FROM SALES AT FIREARM SHOWS  seized from 02/01/2018 search warrant (N17)<br>(b) financial receipts seized from 02/01/2018 search warrant) (N Force 32)<br>(c) receipts and documents 02/01/2018 search warrant) (N Force 33) |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                              Page 3 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/10/23 | 1/10/23 | 15 | James Gustaw /Kristine Beardsley | ONE (1) TB EXTERNAL HARD DRIVE CONTAINING FORENSIC EXTRACTIONS FROM red iPhone and iPad, and containing complete Extraction report from (red iPhone) and complete Extraction report from (black iPad) |
| 1/9/23 | | 16(a)-(e) | (a)Mike Goyak (b) Sportsman's Warehouse Custodian of Records (c) Bass Pro Shop Custodian of Records (d) C-A-L-Ranch Stores Custodian of Records (e) New Frontier Armory Custodian of Records | (a)  Ventura Munitions 4473 forms (b)  Sportsman's Warehouse 4473 forms (c)  Bass Pro Shop 4473 forms (d)  C-A-L Ranch Store 4473 forms (e)  New Frontier Armory 4473 form |
| 1/9/23 (17a) 1/10/23 (17b) | | 17(a)-(b) | (a) Chase Custodian of Records (b) Charles Phillips | (a)  Chase Bank Records (b)  Financial analysis of Chase Bank Records |
| 1/9/23 | | 18(a)-(c) | Mike Goyak | (a)  Ventura Munitions Aquisitions and Dispositions electronic book (b)  Ventura Munitions handwritten Acquisitions and Dispositions book and invoices (c)  Ventura Munitions sales records |

EXHIBIT LIST

Case No. 2:18-cr-00255-JAD-EJY                                      Page 4 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 19(a)-(x) | Jerry Donn | (a) Search warrant photo (safe location)<br>(b) Search warrant photo (safe open)<br>(c) Search warrant photo (firearms box taken out of safe)<br>(d) Search warrant photo (cash and firearms box by trailer)<br>(e) Search warrant photo (firearms placed at edge of Smart Car in garage)<br>(f) Search warrant photo (pistol in drivers seat of Smart Car)<br>(g) Search warrant photo (photo of Smart Car in driveway)<br>(h) Search warrant photo (Chase envelope to Charles Ellis)<br>(i) Search warrant photo (photo of Smart Car in garage)<br>(j) Search warrant photo (Envelope addressed to Charles Ellis in Smart Car)<br>(k) Search warrant photo (Photo of documents folder in closet)<br>(l) Search warrant photo (Chase document in documents folder)<br>(m) Search warrant photo (photo of "All Ventura Munitions receipts")<br>(n) Search warrant photo (photo of firearm from safe, leaned against safe)<br>(o) Search warrant photo (photo of firearms from safe)<br>(p) Search warrant photo (photo of 1911 firearm from safe)<br>(q) Search warrant photo (boxes in safe)<br>(r) Search warrant photo (zebra gun from safe)<br>(s) Search warrant photo (firearm in box from safe) |

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | | | (t) Search warrant photo (firearm in box from safe)<br>(u) Search warrant photo (Photo of Chiappa firearm)<br>(v) Search warrant (photo of cash in drawer from safe)<br>(w) Search warrant photo (Estate Gun Collection Sale All Must be Sold)<br>(x) Search warrant photo (blue book) |
| | | 20(a)-(c) | Ketorie Johnson | (a) 6 pack lineup shown to Ketorie Johnson<br>(b) Photo of firearm by Ketorie Johnson<br>(c) Photo of firearm by Ketorie Johnson |
| 1/11/23 | | 21(a)-(e) | Juanta Culbert | (a) 6 pack lineup shown to Juanta Culbert<br>(b) Photo of firearm box 1 (Juanta Culbert)<br>(c) Photo of firearm box 2 (Juanta Culbert)<br>(d) Photo of firearm box 3 (Juanta Culbert)<br>(e) Photo of firearm box price tag (Juanta Culbert) |
| 1/11/23 | | 22 | Cheyenne Washington | 6 pack lineup shown to Cheyenne Washington |
| (demonstrative purposes only) | | 23 | Daniel Yun | Demonstrative Presentation and Demonstrative Photos of 15 Firearms Sold by Charles Ellis |
| 1/9/23 | | 24(a)-(e) | Certified Documents | (a) ATF BLUE-RIBBON CERTIFICATION REGARDING CHARLES ELLIS FEDERAL FIREARMS LICENSE |

EXHIBIT LIST

Case No. 2:18-cr-00255-JAD-EJY                                    Page 6 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | | | (b) ATF CERTIFIED RECORDS RELATING SHOWING NO ATF LICENSES ISSUED TO ANTHONY RAMIREZ III AND EBEN SHERBURNE<br>(c) ATF CERTIFIED FIREARMS TRACES RELATED TO CHARLES ELLIS FROM THE ATF NATIO<br>(d) ADDITIONAL CERTIFIED ATF TRACE RECORDS FOR ELLIS NATIONAL TRACING CENTER<br>(e) ATF  CERTIFIED MULTIPLE SALE REPORTS FOR CHARLES ELLIS |
| 1/9/23 | | 25(a)-(c) | Certified Documents | (a) CA DMV Certification<br>(b) CA DMV Certification for Eben Sherburne<br>(c) CA DMV Certification for Anthony Ramirez |
| 1/9/23 | | 26(a)-(d) | Certified Documents | (a) Negative Response to Eben Sherburne & Anthony Ramirez--Nevada DMV<br>(b) Negative Response to Eben Sherburne & Anthony Ramirez--Nevada Southwest Gas<br>(c) Negative Response to Eben Sherburne & Anthony Ramirez--Nevada Energy<br>(d) Negative Response to Eben Sherburne & Anthony Ramirez--Water |
| 1/11/23 | | 27(a)-(d) | Mark Giacomantonio | (a) Master Summery Chart<br>(b) 2016 Calendar<br>(c) 2017 Calendar<br>(d) 2018 Calendar |
| 1/11/23 | | 28(a)-(d) | Mark Giacomantonio | (a) Surveillance photo of Anthony Ramirez in California--walking<br>(b) Surveillance photo of Anthony Ramirez in California—red car |

EXHIBIT LIST

Case No. 2:18-cr-00255-JAD-EJY

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | | | (c) Surveillance photo of Anthony Ramirez in California—red car at Powerhouse<br>(d) Surveillance photo of Anthony Ramirez in California (close up) |
| 1/11/23 | | 29(a)-(j) | Mark Giacomantonio | (a) SMS message with XXX-XXX-4938<br>(b) SMS message with XXX-XXX-8499<br>(c) SMS message with XXX-XXX-8296 (Contact Name: RIK)<br>(d) SMS message with XXX-XXX-5464 (Contact Name: Hector Called 1911 45 Cal)<br>(e) SMS message with XXX-XXX-6905<br>(f) SMS message with XXX-XXX-9530<br>(g) SMS message with XXX-XXX-7667<br>(h) SMS message with XXX-XXX-2526<br>(i) SMS message with XXX-XXX-6186 (Contact Name: Trevor)<br>(j) SMS message with XXX-XXX-8300 |
| 1/11/23 | | 30(a)-30(h) | Mark Giacomantonio | (a) MMS-XXX-XXX-7564 Contact Name (Ross bruce)<br>(b) MMS-XXX-XXX-9789<br>(c) MMS-XXX-XXX-5464 Contact Name (Hector Called 1911 45 Cal)<br>(d) MMS-XXX-XXX-9530<br>(e) MMS-XXX-XXX-7667<br>(f) MMS-XXX-XXX-72526<br>(g) MMS-XXX-XXX-6186 Contact Name (Trevor)<br>(h) MMS-XXX-XXX-8300 |

EXHIBIT LIST

Case No. 2:18-cr-00255-JAD-EJY                                    Page 8 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 (31a)<br><br>1/11/23 (all remaining) | | 31(a)-31(d) | Juanta Culbert<br><br>Mark Giacomantonio | (a) Chat messages with XXX-XXX-4938<br>(b) Chat messages with XXX-XXX-7908 Contact Name (Macshows Gun Show Cashman)<br>(c) Chat messages with XXX-XXX-5193<br>(d) Chat messages with XXX-XXX-1391 |
| 1/11/23 | | 32 | Mark Giacomantonio | Charles Ellis Phone_07-02-2016-Display- coins |
| 1/11/23 | | 33 | Mark Giacomantonio | Charles Ellis Phone_07-02-2016-Display- ELLIS behind booth |
| 1/11/23 | | 34 | Mark Giacomantonio | Charles Ellis Phone_07-02-2016-Overall- firearms display |
| 1/11/23 | | 35 | Mark Giacomantonio | Charles Ellis Phone 08-06-2016-ELLIS Photo |
| 1/11/23 | | 36 | Mark Giacomantonio | Charles Ellis Phone 08-06-2016-Overall photo |
| 1/11/23 | | 37 | Mark Giacomantonio | Charles Ellis Phone 08-06-2016-Receipt- Joe Orlick |
| 1/11/23 | | 38 | Mark Giacomantonio | Charles Ellis Phone 08-06-2016-Receipt- Ketorie Johnson |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                        Page 9 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| 1/11/23 | | 39 | Mark Giacomantonio | Charles Ellis Phone 08-06-2016-Receipt- Ketorie Johnson 2 |
| 1/11/23 | | 40 | Mark Giacomantonio | Charles Ellis Phone-08-13-2016-Receipt- Wayne Naholawa with firearm |
| 1/11/23 | | 41 | Mark Giacomantonio | Charles Ellis Phone-08-14-2016-Cash |
| 1/11/23 | | 42 | Mark Giacomantonio | Charles Ellis Phone-08-14-2016-Receipt- William Keene with firearm |
| 1/11/23 | | 43 | Mark Giacomantonio | Charles Ellis Phone_08-22-2016-1911 Screenshot |
| 1/11/23 | | 44 | Mark Giacomantonio | Charles Ellis Phone_08-25-2016-Masterpiece Arms screenshot |
| 1/11/23 | | 45 | Mark Giacomantonio | Charles Ellis Phone_08-25-2016-Masterpiece Arms screenshot (2) |
| 1/11/23 | | 46 | Mark Giacomantonio | Charles Ellis Phone-09-03-2016-Receipt- Henry Stanley Jr |
| 1/11/23 | | 47 | Mark Giacomantonio | Charles Ellis Phone-09-10-2016-Receipt- Mike Karel |

EXHIBIT LIST

Case No. 2:18-cr-00255-JAD-EJY                                          Page 10 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| | | No. | Witness | |
|---|---|---|---|---|
| 1/11/23 | | 48 | Mark Giacomantonio | Charles Ellis Phone-10-29-2016-ELLIS- Gun Show 1 |
| 1/11/23 | | 49 | Mark Giacomantonio | Charles Ellis Phone-10-29-2016-ELLIS- Gun Show 2 |
| 1/11/23 | | 50 | Mark Giacomantonio | Charles Ellis-10-29-2016-Receipt- Rene Acosta |
| 1/11/23 | | 51 | Mark Giacomantonio | Charles Ellis Phone-10-30-2016-Firearm with price tag on display at gun show |
| 1/11/23 | | 52 | Mark Giacomantonio | Charles Ellis Phone-11-02-2016-Gun Show website screen shot |
| 1/11/23 | | 53 | Mark Giacomantonio | Charles Ellis Phone-11-10-2016-RF 15 Rifle SN RD04037 |
| 1/11/23 | | 54 | Mark Giacomantonio | Charles Ellis Phone-11-10-2016-Romarm Cugir AK Pistol |
| 1/11/23 | | 55 | Mark Giacomantonio | Charles Ellis Phone-11-11-2016-Western Trails Gun Show Website |
| 1/11/23 | | 56 | Mark Giacomantonio | Charles Ellis Phone-11-12-2016-Western Trails Gun Show Email |

EXHIBIT LIST

Case No. 2:18-cr-00255-JAD-EJY                                    Page 11 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 57 | Mark Giacomantonio | Charles Ellis Phone-11-20-2016-Gun Shows USA.com Screenshot |
| 1/11/23 | | 58 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016-Gun Show- View of table |
| 1/11/23 | | 59 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016- Receipt- Benjamin Sample |
| 1/11/23 | | 60 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016- Receipt- Bryce Walker |
| 1/11/23 | | 61 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016- Receipt- Calvin Gathrite |
| 1/11/23 | | 62 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016- Receipt- Cody Vezirian |
| 1/11/23 | | 63 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016- Receipt- Eduardo Villegas 1 |
| 1/11/23 | | 64 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016- Receipt- Eduardo Villegas 2 |
| 1/11/23 | | 65 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016- Receipt- Emilio Evans-Grijavala |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                    Page 12 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 66 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016-Receipt- Humberto Esparza |
| 1/11/23 | | 67 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016-Receipt- Jerry DiGiovanni |
| 1/11/23 | | 68 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016-Receipt- Milton Butler |
| 1/11/23 | | 69 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016-Receipt- Phillip Claire |
| 1/11/23 | | 70 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016-Receipt- Richard Stevens |
| 1/11/23 | | 71 | Mark Giacomantonio | Charles Ellis Phone-11-26-2016-Receipt- Shawneca Beckum |
| 1/11/23 | | 72 | Mark Giacomantonio | Charles Ellis Phone-11-27-2016-Crossroads of the West Gun Show screenshot |
| 1/11/23 | | 73 | Mark Giacomantonio | Charles Ellis Phone-11-27-2016-ELLIS at gun show |
| 1/11/23 | | 74 | Mark Giacomantonio | Charles Ellis Phone-12-08-2016-FA Boxes and cases 1 |

Case No. 2:18-cr-00255-JAD-EJY                                    Page 13 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 75 | Mark Giacomantonio | Charles Ellis Phone-12-08-2016-FA Boxes and cases 2 |
| 1/11/23 | | 76 | Mark Giacomantonio | Charles Ellis Phone-12-11-2016-ELLIS at gun show 1 |
| 1/11/23 | | 77 | Mark Giacomantonio | Charles Ellis Phone-12-11-2016-ELLIS at gun show 2 |
| 1/11/23 | | 78 | Mark Giacomantonio | Charles Ellis Phone-12-11-2016-ELLIS at gun show 3 |
| 1/11/23 | | 79 | Mark Giacomantonio | Charles Ellis Phone-12-11-2016-Gun show display case 1 |
| 1/11/23 | | 80 | Mark Giacomantonio | Charles Ellis Phone-12-11-2016-Gun show display case 2 |
| 1/11/23 | | 81 | Mark Giacomantonio | Charles Ellis Phone-12-11-2016-Gun show table 1 |
| 1/11/23 | | 82 | Mark Giacomantonio | Charles Ellis Phone-12-11-2016-Gun show table 2 |
| 1/11/23 | | 83 | Mark Giacomantonio | Charles Ellis Phone-12-15-2016-Western Trails Gun show screenshot 1 |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                            Page 14 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 84 | Mark Giacomantonio | Charles Ellis Phone-12-15-2016-Western Trails Gun show screenshot 2 |
| 1/11/23 | | 85 | Mark Giacomantonio | Charles Ellis Phone-01-07-2017-ELLIS gun show 1 |
| 1/11/23 | | 86 | Mark Giacomantonio | Charles Ellis Phone-01-07-2017-ELLIS gun show 2 |
| 1/11/23 | | 87 | Mark Giacomantonio | Charles Ellis Phone-01-10-2017-FN SCAR screenshot 1 |
| 1/11/23 | | 88 | Mark Giacomantonio | Charles Ellis Phone-01-10-2017-FN SCAR screenshot 2 |
| 1/11/23 | | 89 | Mark Giacomantonio | Charles Ellis Phone-01-10-2017-FN SCAR screenshot 3 |
| 1/11/23 | | 90 | Mark Giacomantonio | Charles Ellis Phone-01-10-2017-FN SCAR youtube video screenshot 1 |
| 1/11/23 | | 91 | Mark Giacomantonio | Charles Ellis Phone-01-10-2017-FN SCAR youtube video screenshot 2 |
| 1/11/23 | | 92 | Mark Giacomantonio | Charles Ellis Phone-01-10-2017-FN SCAR youtube video screenshot 3 |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                      Page 15 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 93 | Mark Giacomantonio | Charles Ellis Phone-01-10-2017-FN SCAR youtube video screenshot 4 |
| 1/11/23 | | 94 | Mark Giacomantonio | Charles Ellis Phone-01-10-2017-FN SCAR youtube video screenshot 5 |
| 1/11/23 | | 95 | Mark Giacomantonio | Charles Ellis Phone-01-10-2017-FN SCAR youtube video screenshot 6 |
| 1/11/23 | | 96 | Mark Giacomantonio | Charles Ellis Phone-01-20-2017-FN SCAR screenshot |
| 1/11/23 | | 97 | Mark Giacomantonio | Charles Ellis Phone-01-21-2017-FN SCAR for sale at gun show 1 |
| 1/11/23 | | 98 | Mark Giacomantonio | Charles Ellis Phone-01-21-2017-FN SCAR For sale at gun show 2 |
| 1/11/23 | | 99 | Mark Giacomantonio | Charles Ellis Phone-01-21-2017- Receipt- Rastelli Regalado |
| 1/11/23 | | 100 | Mark Giacomantonio | Charles Ellis Phone-01-21-2017- Receipt- Jose Mariscal |
| 1/11/23 | | 101 | Mark Giacomantonio | Charles Ellis Phone-01-21-2017- Receipt- Darrin Allen |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                        Page 16 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 102 | Mark Giacomantonio | Charles Ellis Phone-01-21-2017-Receipt- Cheyenne Washington |
| 1/11/23 | | 103 | Mark Giacomantonio | Charles Ellis Phone-01-21-2017-Receipt- Cheyenne Washington- close up of license |
| 1/11/23 | | 104 | Mark Giacomantonio | Charles Ellis Phone_01-22-2017-Receipt- Steve Gray |
| 1/11/23 | | 105 | Mark Giacomantonio | Charles Ellis Phone_01-22-2017-ELLIS at gun show |
| 1/11/23 | | 106 | Mark Giacomantonio | Charles Ellis Phone-02-04-2017-Receipt- Trever Scissons |
| 1/11/23 | | 107 | Mark Giacomantonio | Charles Ellis Phone-02-04-2017-Receipt- Steven Grodin |
| 1/11/23 | | 108 | Mark Giacomantonio | Charles Ellis Phone-02-04-2017-Receipt- Sean Shupp |
| 1/11/23 | | 109 | Mark Giacomantonio | Charles Ellis Phone-02-04-2017-Receipt- Luis Andrade |
| 1/11/23 | | 110 | Mark Giacomantonio | Charles Ellis Phone-02-04-2017-Receipt- Kenneth Klosterman |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                    Page 17 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 111 | Mark Giacomantonio | Charles Ellis Phone-02-04-2017-Receipt- Juan Avila |
| 1/11/23 | | 112 | Mark Giacomantonio | Charles Ellis Phone-02-04-2017-Receipt- Jesus Martinez |
| 1/11/23 | | 113 | Mark Giacomantonio | Charles Ellis Phone-02-04-2017-Receipt- Jeffery Cannon |
| 1/11/23 | | 114 | Mark Giacomantonio | Charles Ellis Phone-02-04-2017-Receipt- Gene Edwards |
| 1/11/23 | | 115 | Mark Giacomantonio | Charles Ellis Phone-02-04-2017-Receipt- Darrin Allen |
| 1/11/23 | | 116 | Mark Giacomantonio | Charles Ellis Phone-02-04-2017-Eben Sherburne AZ DL and AZ CCW |
| 1/11/23 | | 117 | Mark Giacomantonio | Charles Ellis Phone-02-05-2017-Receipt- Joseph Munoz |
| 1/11/23 | | 118 | Mark Giacomantonio | Charles Ellis Phone-02-05-2017-Receipt- Jose Munoz-Torres |
| 1/11/23 | | 119 | Mark Giacomantonio | Charles Ellis Phone-02-05-2017-Receipt- Eben Sherburne |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                        Page 18 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 120 | Mark Giacomantonio | Charles Ellis Phone-02-07-2017-Gunshows-usa.com screenshot 1 |
| 1/11/23 | | 121 | Mark Giacomantonio | Charles Ellis Phone-02-07-2017-Gunshows-usa.com screenshot 2 |
| 1/11/23 | | 122 | Mark Giacomantonio | Charles Ellis Phone-02-07-2017-Gunshows-usa.com screenshot 3 |
| 1/11/23 | | 123 | Mark Giacomantonio | Charles Ellis Phone-03-05-2017-List with prices |
| 1/11/23 | | 124 | Mark Giacomantonio | Charles Ellis Phone-03-06-2017-AR-platform rifle |
| 1/11/23 | | 125 | Mark Giacomantonio | Charles Ellis Phone-04-21-2017-AK rifle SN N-PAP055329 |
| 1/11/23 | | 126 | Mark Giacomantonio | Charles Ellis Phone-04-22-2017-SN PS901154 |
| 1/11/23 | | 127 | Mark Giacomantonio | Charles Ellis Phone-04-22-2017-Gun show table 1 |
| 1/11/23 | | 128 | Mark Giacomantonio | Charles Ellis Phone-04-22-2017-Gun show table 2 |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                    Page 19 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| 1/11/23 | | 129 | Mark Giacomantonio | Charles Ellis Phone-04-22-2017-ELLIS at gun show |
| 1/11/23 | | 130 | Mark Giacomantonio | Charles Ellis Phone-04-25-2017-Firearms on display at FFL 1 |
| 1/11/23 | | 131 | Mark Giacomantonio | Charles Ellis Phone-04-25-2017-Firearms on display at FFL  SCCY CPX-2 |
| 1/11/23 | | 132 | Mark Giacomantonio | Charles Ellis Phone-04-29-2017-SCCY CPX-2 Ventura Munitions website screenshot 1 |
| 1/11/23 | | 133 | Mark Giacomantonio | Charles Ellis Phone-04-29-2017-SCCY CPX-2 Ventura Munitions website screenshot 2 |
| 1/11/23 | | 134 | Mark Giacomantonio | Charles Ellis Phone-04-29-2017-SCCY CPX-2 Ventura Munitions website screenshot 3 |
| 1/11/23 | | 135 | Mark Giacomantonio | Charles Ellis Phone-04-29-2017-SCCY CPX-2 Ventura Munitions website screenshot 4 |
| 1/11/23 | | 136 | Mark Giacomantonio | Charles Ellis Phone-05-04-2017-Gunshows-usa.com screenshot |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                    Page 20 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 137 | Mark Giacomantonio | Charles Ellis Phone-06-10-2017Receipt- Jose Avila |
| 1/11/23 | | 138 | Mark Giacomantonio | Charles Ellis Phone-06-10-2017-Receipt- Kendall Smith |
| 1/11/23 | | 139 | Mark Giacomantonio | Charles Ellis Phone-06-10-2017-Receipt- Kirt Williams |
| 1/11/23 | | 140 | Mark Giacomantonio | Charles Ellis Phone-06-10-2017-Receipt- Michael Mercer |
| 1/11/23 | | 141 | Mark Giacomantonio | Charles Ellis Phone-06-10-2017-Receipt- Omar Paredes |
| 1/11/23 | | 142 | Mark Giacomantonio | Charles Ellis Phone-06-10-2017-Receipt- Ramses Gonzalez |
| 1/11/23 | | 143 | Mark Giacomantonio | Charles Ellis Phone-06-10-2017-Receipt- Raymone Young |
| 1/11/23 | | 144 | Mark Giacomantonio | Charles Ellis Phone-06-10-2017-Receipt- Zacharay Mays |
| 1/11/23 | | 145 | Mark Giacomantonio | Charles Ellis Phone-06-11-2017-Receipt- Anna Willis |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                    Page 21 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 146 | Mark Giacomantonio | Charles Ellis Phone-06-11-2017-US Currency with rubberband |
| 1/11/23 | | 147 | Mark Giacomantonio | Charles Ellis Phone-07-07-2017-ELLIS setup for gun show |
| 1/11/23 | | 148 | Mark Giacomantonio | Charles Ellis Phone-07-08-2017-Receipt- Alfred Garcia with different NV DL name 1 |
| 1/11/23 | | 149 | Mark Giacomantonio | Charles Ellis Phone-07-08-2017-Receipt- Alfred Garcia with different NV DL name 2 |
| 1/11/23 | | 150 | Mark Giacomantonio | Charles Ellis Phone-07-08-2017Receipt- Alfred Garcia with Different NV DL name 3 DL close up |
| 1/11/23 | | 151 | Mark Giacomantonio | Charles Ellis Phone-07-09-2017-Receipt- Albert Ramos |
| 1/11/23 | | 152 | Mark Giacomantonio | Charles Ellis Phone-07-09-2017-Receipt- Danny Ochoa |
| 1/11/23 | | 153 | Mark Giacomantonio | Charles Ellis Phone-07-09-2017-Receipt- Jack Duckworth |
| 1/11/23 | | 154 | Juanta Culbert | Charles Ellis Phone-07-09-2017-Receipt- Jaunta Culbert |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                        Page 22 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| 1/11/23 | | 155 | Mark Giacomantonio | Charles Ellis Phone-07-09-2017-Receipt- Randy Traver |
| 1/11/23 | | 156 | Mark Giacomantonio | Charles Ellis Phone-07-09-2017-Receipt- Steve Turado |
| 1/11/23 | | 157 | Mark Giacomantonio | Charles Ellis Phone-07-21-2017-gunshows-usa.com screenshot 1 |
| 1/11/23 | | 158 | Mark Giacomantonio | Charles Ellis Phone-07-21-2017-gunshows-usa.com screenshot 2 |
| 1/11/23 | | 159 | Mark Giacomantonio | Charles Ellis Phone-08-27-2017-Receipt- Jose Zepeda |
| 1/11/23 | | 160 | Mark Giacomantonio | Charles Ellis Phone-08-27-2017-US currency laid out |
| 1/11/23 | | 161 | Mark Giacomantonio | Charles Ellis Phone-09-06-2017-Taurus pistol SN TKP42834 |
| 1/11/23 | | 162 | Mark Giacomantonio | Charles Ellis Phone-09-08-2017-Gun show billboard |
| 1/11/23 | | 163 | Mark Giacomantonio | Charles Ellis Phone-09-09-2017-Desert Eagle pistol zebra colored |

EXHIBIT LIST

Case No. 2:18-cr-00255-JAD-EJY                                    Page 23 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 164 | Mark Giacomantonio | Charles Ellis Phone-09-09-2017-Masterpice Arms MPA30T 9mm caliber pistol SN FX03604 for sale |
| 1/11/23 | | 165 | Mark Giacomantonio | Charles Ellis Phone-09-11-2017-Gunshows-usa.com screenshot 1 |
| 1/11/23 | | 166 | Mark Giacomantonio | Charles Ellis Phone-09-11-2017-Gunshows-usa.com screenshot 2 |
| 1/11/23 | | 167 | Mark Giacomantonio | Charles Ellis Phone-09-11-2017-Gunshows-usa.com screenshot 3 |
| 1/11/23 | | 168 | Mark Giacomantonio | Charles Ellis Phone-09-11-2017-Gunshows-usa.com screenshot 4 |
| 1/11/23 | | 169 | Mark Giacomantonio | Charles Ellis Phone_09-23-2017-Desert Eagle pistol- zebra colored |
| 1/11/23 | | 170 | Mark Giacomantonio | Charles Ellis Phone_09-23-2017-Firearm Display at gun show |
| 1/11/23 | | 171 | Mark Giacomantonio | Charles Ellis Phone_09-23-2017-Receipt- Andres Parra |
| 1/11/23 | | 172 | Mark Giacomantonio | Charles Ellis Phone_09-23-2017-Receipt- Ernest Reeves |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                    Page 24 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| 1/11/23 | | 173 | Mark Giacomantonio | Charles Ellis Phone_09-23-2017-Receipt- Michael Perez |
| 1/11/23 | | 174 | Mark Giacomantonio | Charles Ellis Phone_09-23-2017-Receipt- Rene Hidalgo |
| 1/11/23 | | 175 | Mark Giacomantonio | Charles Ellis Phone_09-23-2017-Receipt- Ricardo Enriquez |
| 1/11/23 | | 176 | Mark Giacomantonio | Charles Ellis Phone_09-23-2017-Receipt- Robert Marshall |
| 1/11/23 | | 177 | Mark Giacomantonio | Charles Ellis Phone-09-24-2017-Gun show overall |
| 1/11/23 | | 178 | Mark Giacomantonio | Charles Ellis Phone-10-27-2017-Screenshot of gun shows |
| 1/11/23 | | 179 | Mark Giacomantonio | Charles Ellis Phone-12-16-2017-Gun show setup |
| 1/11/23 | | 180 | Mark Giacomantonio | Charles Ellis Phone-12-16-2017-Receipt- Anthony Ramirez |
| 1/11/23 | | 181 | Mark Giacomantonio | Charles Ellis Phone-12-16-2017Receipt- Kirt Williams 1 |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                    Page 25 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 182 | Mark Giacomantonio | Charles Ellis Phone-12-16-2017-Receipt-Kirt Williams 2 |
| 1/11/23 | | 183 | Mark Giacomantonio | Charles Ellis Phone-12-16-2017-Receipt-Willontary Holmes |
| 1/11/23 | | 184 | Mark Giacomantonio | Charles Ellis Phone-12-16-2017-Receipt-Victor Regalado |
| 1/11/23 | | 185 | Mark Giacomantonio | Charles Ellis Phone-12-17-2017-Receipt- Mark Bernardo |
| 1/11/23 | | 186 | Mark Giacomantonio | Charles Ellis Phone-12-17-2017-Receipt- Manuel Quinones |
| 1/11/23 | | 187 | Mark Giacomantonio | Charles Ellis Phone-12-16-2017-Receipt-Juan Saldana1 |
| 1/11/23 | | 188 | Mark Giacomantonio | Charles Ellis Phone-12-16-2017-Receipt-Juan Saldana2 |
| 1/11/23 | | 189 | Mark Giacomantonio | Charles Ellis Phone-12-16-2017-Receipt-Jonathoun Jones |
| 1/11/23 | | 190 | Mark Giacomantonio | Charles Ellis Phone-12-17-2017-Receipt- Brian Coalwell |

<u>EXHIBIT LIST</u>

Case No. 2:18-cr-00255-JAD-EJY                                      Page 26 of 26

*United States of America v. Charles Ellis*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| 1/11/23 | | 191 | Mark Giacomantonio | Charles Ellis Phone-12-17-2017-Desert Eagle Pistol- zebra colored |