DONALD J. GREEN, ESQ.
Nevada Bar No. 1869
California Bar No. 112495
4760 South Pecos Road, Suite 103
Las Vegas, Nevada  89121
Cell:     (702) 409-8239
Fax:      (855) 459-8472
CrimeLV7777@aol.com
Attorney for Defendant
**CHARLES ELLIS**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.: 2:18-CR-00255-JAD** |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| CHARLES ELLIS, | |
| Defendant. | |

**CERTIFICATION:  This STIPULATION is timely filed.**

COME NOW, the United States of America by and through the Office of the United States Attorney, JASON FRIERSON, United States Attorney, by and through Assistant United States Attorney EDWARD G. VERONDA, and Defendant CHARLES ELLIS, by and through his counsel Donald J. Green, Esq., who submit this FIRST STIPULATION to continue the Sentencing now set for April 17, 2023.

This STIPULATION is submitted pursuant to FRCrP 1 and 2.

This STIPULATION is entered into for the following reasons:

1.   Defense counsel Green is currently engaged in a multi-defendant trial before the Honorable Gloria Navarro, United States District Judge. The trial, which has now commenced the fourth week, is ongoing since March 20, 2023.

2. Counsel Green will require additional time to present and/or evaluate information which may impact on the sentencing of the defendant.

3. The following proposed dates and times for sentencing are submitted for the Court's consideration:

```
A.   July 10, 2023: 1100am.
B.   July 11, 2023: 1100am.
C.   July 12, 2023: 1100am.
D.   July 13, 2023: 1100am.
```

4. Defendant consents to this STIPULATION to continue sentencing.

5. This STIPULATION does not implicate any aspects of the Speedy Trial Act.

6. This is the FIRST request for a continuance of the sentencing of the defendant.

DONALD J. GREEN ESQ.  
___/s/ D. Green_4/12/2023

JASON M. FRIERSON  
UNITED STATES ATTORNEY  
__/s/ E Veronda AUSA__4/12/2023  
EDWARD G. VERONDA  
Assistant U.S. Attorney

---

**ORDER TO CONTINUE SENTENCING**

Based upon the STIPULATION of the parties, with the defendant consenting to said continuance, and GOOD CAUSE appearing:

**IT IS ORDERED that the Sentencing scheduled for APRIL 17, 2023 shall be VACATED.**

**IT IS FURTHER ORDERED that the Sentencing of the defendant shall be set for July 11, 2023, at 11:00 a.m.**

**DATED THIS 14th day of APRIL, 2023**     _____

Hon. JENNIFER DORSEY  
United States District Judge