DONALD J. GREEN, ESQ.
Nevada Bar No. 1869
California Bar No. 112495
4760 South Pecos Road, Suite 103
Las Vegas, Nevada  89121
Cell:     (702) 409-8239
Fax:      (855) 459-8472
CrimeLV7777@aol.com
Attorney for Defendant
**CHARLES ELLIS**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | **Case No.: 2:18-CR-00255-JAD** |
| )  | |
| Plaintiff,       ) | |
| ) | |
| )  | **STIPULATION TO CONTINUE SENTENCING** |
| )  | [SECOND REQUEST] |
| vs.       ) | |
| )  | |
| CHARLES ELLIS,       ) | |
| Defendant.       ) | |

**CERTIFICATION:  This STIPULATION is timely filed.**

COME NOW, the United States of America by and through the Office of the United States Attorney, JASON FRIERSON, United States Attorney, by and through Assistant United States Attorney EDWARD G. VERONDA, and Defendant CHARLES ELLIS, by and through his counsel Donald J. Green, Esq., who submit this SECOND STIPULATION to continue the Sentencing now set for JULY 18, 2023.

This STIPULATION is submitted pursuant to FRCrP 1 and 2.

This STIPULATION is entered into for the following reasons:

1.  Defense counsel Green is currently engaged in extensive preparations for a multi-defendant sexual assault trial in the Nevada State Court.

...

...

2. Counsel Green still requires additional time to present and/or evaluate information which may impact on the sentencing of the defendant.

3. The following proposed dates and times for sentencing are submitted for the Court's consideration:

    A.   AUGUST 22, 2023:   100pm.
    B.   AUGUST 29, 2023:   100pm.
    C.   SEPTEMBER 21, 2023: 100pm.
    D.   OCTOBER 18, 2023:   100pm.

4. Defendant consents to this STIPULATION to continue sentencing.

5. This STIPULATION does not implicate any aspects of the Speedy Trial Act.

6. This is the SECOND request for a continuance of the sentencing of the defendant.

DONALD J. GREEN ESQ.
___/s/ D. Green_6/26/2023

JASON M. FRIERSON
UNITED STATES ATTORNEY
__/s/ E Veronda AUSA__6/26/2023
EDWARD G. VERONDA
Assistant U.S. Attorney

---

**ORDER TO CONTINUE SENTENCING**

Based upon the STIPULATION of the parties, with the defendant consenting to said continuance, and GOOD CAUSE appearing:

**IT IS ORDERED that the Sentencing scheduled for JULY 18, 2023 shall be VACATED.**

**IT IS FURTHER ORDERED that the Sentencing of the defendant shall be set for** August 29, 2023, at 2:00 p.m.

**DATED: June 29, 2023.**

                            Hon. JENNIFER DORSEY
                            United States District Judge