# EXHIBIT 1

# ATF Certified Trace Reports

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives
National Tracing Center Division
244 Needy Road
Martinsburg, WV 25405-9431

904040:KLA

3312

MEMORANDUM TO: SA Mark Giacomantonio **JUN 2 7 2023**
Downers Grove II Field Office www.atf.gov

THRU: Special Agent in Charge
Chicago Field Division

FROM: Chief, Law Enforcement Support Branch

SUBJECT: Response to Certification Request

This is in response to your request for a certified copy of Firearms Trace Summary T20230287104
and T20230306939. The requested documents are attached to this memorandum. These Firearms
Trace Summaries provide the data on file at the National Tracing Center Division (NTC) that is
relevant to your request. Firearms Trace Summaries are not the original records (completed ATF
forms, etc.) pertaining to the manufacture or disposition of firearms that Federal Firearms
Licensee(s) must maintain on their premises as required by law, 18 U.S.C. § 923(g)(1)(A). If you
require copies of these original forms for use in court or other proceedings, you must contact the
relevant Federal Firearms Licensee.

If you have any questions, please contact Kevin Anderson at

Sincerely yours,

Kelly J. Frazier
Chief, Law Enforcement Support Branch



**United States
Of America**



Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives
Washington, D.C.

Date: June 27, 2023

**To whom
it may
concern**

This is to certify that
Kevin L. Anderson

Bureau of Alcohol, Tobacco, Firearms and Explosives,
Department of Justice, Washington, D.C., has legal custody
of records of the Bureau of Alcohol, Tobacco, Firearms and
Explosives pertaining to Firearms Trace Summary Reports;
that I am familiar with his signature; and that I have examined
his signature which appears on the attached statement and find
it to be his true signature.

**In witness whereof,**
I have hereunto set my hand, and caused this seal
to be affixed on the day and year appearing above.

By direction of the Attorney General.

Kelly J. Frazier
Chief, Law Enforcement Support Branch

23.10 (8-83)

**United
States
Of America**



Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives
Washington, D.C.

Date: June 27, 2023

**To whom
it may
concern**

This is to certify that I
Kevin L. Anderson

am the Certifying Official for the Custodian of Records, ATF
National Tracing Center Division, Office of Enforcement
Programs and Services, Bureau of Alcohol, Tobacco,
Firearms and Explosives, Department of Justice. In my
official capacity, I have immediate legal custody of the
Firearms Trace Summary Reports compiled by the Bureau
of Alcohol, Tobacco, Firearms and Explosives.

I do hereby certify the attached two pages are true copies
of the records pertaining to this matter:

Firearms Trace Summary T20230287104 regarding a Zastava
7.62mm rifle, model PAP M92 PV, serial number M92PV070394.

Certifying Official for the Custodian of Records
ATF National Tracing Center Division

**ATF F 1323.9 (2-90) PREVIOUS EDITION IS OBSOLETE**

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone: (800) 788-7133     Fax: (800) 578-7223
Print Date: June 27, 2023




## FIREARMS TRACE SUMMARY

**Trace Number:  T20230287104**          **Request Date:  June 05, 2023**

LISSET YASMIN LAGUNAS JIMENEZ
CENAPI

, DF
MEXICO

Badge No:
Investigation No:

### FIREARM INFORMATION
| | |
|---|---|
| Manufacturer: | ZASTAVA |
| Model: | PAP M92 PV |
| Caliber: | 762 |
| Serial Number: | M92PV070394 |
| Type: | RIFLE |
| Country: | SERBIA AND MONTENEGRO |
| Importer: | CAI GEORGIA VT - CENTURY IN... |
| Obliterated: | |
| Identifying Marks: | |
| NIBIN: | |
| Gang Name: | |

### RECOVERY INFORMATION
Recovery Date: 04/09/2023
Time to Crime: 2040 days

### PURCHASER INFORMATION     Purchase Date:  09/07/2017
CHARLES MARTIN ELLIS
█████████████████████

UNITED STATES
DOB:
POB: █████████   UNITED STATES
Race:                    Height:
Sex:                     Weight:
ID 1: NV DRIVER'S LICENSE
ID 2:              :

NL
MEXICO
Possessor:
DOB:
POB:

### DEALER INFORMATION          FFL: 98804690

VENTURA MUNITIONS
5725 S VALLEY VIEW STE 1_2
LAS VEGAS, NV  89118
Phone:  (702) 998-7727          Ship Date:

### ADMINISTRATIVE INFORMATION
C.I. OR A.P.: FGJNL-046612/2023
OFFICE: N/D
OPERATING AUTHORITY: FGJE-RCAF
FOLIO:

ANOTHER C.I. OR A.P.:
ORIGIN:
NUM. UNI. OF I SAW:

## SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A
FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE
SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM
PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR
CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.
**Additional Remarks:**

**The information in this report must be validated prior to use in any criminal proceedings.**

## Dealer

**The firearm was manufactured by:**

**Business Name:** VENTURA MUNITIONS                     **Phone:** (702) 998-7727
**Licensee Name:** VENTURA DISTRIBUTION INC         **FFL Number:** 98804690
**Address:** 5725 S VALLEY VIEW STE 1 & 2          **Invoice #:**
         LAS VEGAS, NV  89118                 **Last Inspection:** 10/27/2019
**POC Name:**                            **Fax:**

**Dealer Note:**

**Associated Traces:**  Dealer may be associated with 3739 other traces based on FFL Number.

## Individual

**The following individual was reported to have purchased the firearm on September 07, 2017:**

**Name:** CHARLES MARTIN ELLIS         **DOB:** ▆▆▆▆    **Criminal History:** N/A
**Address:** ▆▆▆▆▆▆▆▆▆▆       **POB:** ▆▆▆ UNITED STATES
                                    **Race:**             **Sex:**
         UNITED STATES               **Height:**         **Weight:**
**ID State/Type:** NV DRIVER'S LICENSE   : ▆▆▆▆    **AKA Name:**
**ID State/Type:**                     :          **AKA DOB:**
**Individual Note:**

**Associated Traces:** Individual may be associated with 54 other traces/multiple sales based on Last Name and Date of Birth.

## Recovery Location

**The firearm was recovered on April 09, 2023 from the following location:**

**Address:** NL                               **Location  Type:** STREET
           MEXICO

**Time to Crime:** 2040 days
**VehicleYear :**        **Make:**          **Model:**          **Tag:**
**Recovery Note:**
**Associated Traces:** Not enough information to check for associated traces.

## Administrative

**The following Administrative information was entered with this Trace:**

         **C.I. OR A.P.:** FGJNL-046612/2023
            **OFFICE:** N/D
**OPERATING AUTHORITY:** FGJE-RCAF
              **FOLIO:**
**ANOTHER C.I. OR A.P.:**
           **ORIGIN:**
**NUM. UNI. OF I SAW:**

### United States Of America





Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives
Washington, D.C.

Date: June 27, 2023

**To whom it may concern**

This is to certify that

Kevin L. Anderson

Bureau of Alcohol, Tobacco, Firearms and Explosives,
Department of Justice, Washington, D.C., has legal custody
of records of the Bureau of Alcohol, Tobacco, Firearms and
Explosives pertaining to Firearms Trace Summary Reports;
that I am familiar with his signature; and that I have examined
his signature which appears on the attached statement and find
it to be his true signature.

**In witness whereof,**
I have hereunto set my hand, and caused this seal
to be affixed on the day and year appearing above.

By direction of the Attorney General.

Kelly J. Frazier
Chief, Law Enforcement Support Branch

323.10 (8-83)

**United
States
Of America**



Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives
Washington, D.C.

Date: June 27, 2023

**To whom
it may
concern**

This is to certify that I

Kevin L. Anderson

am the Certifying Official for the Custodian of Records, ATF
National Tracing Center Division, Office of Enforcement
Programs and Services, Bureau of Alcohol, Tobacco,
Firearms and Explosives, Department of Justice. In my
official capacity, I have immediate legal custody of the
Firearms Trace Summary Reports compiled by the Bureau
of Alcohol, Tobacco, Firearms and Explosives.

I do hereby certify the attached two pages are true copies
of the records pertaining to this matter:

Firearms Trace Summary T20230306939 regarding a Century Arms
International 7.62mm pistol, serial number RAS47P002325.

Certifying Official for the Custodian of Records
ATF National Tracing Center Division

**ATF F 1323.9 (2-90) PREVIOUS EDITION IS OBSOLETE**

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone: (800) 788-7133     Fax: (800) 578-7223
Print Date: June 27, 2023



## FIREARMS TRACE SUMMARY

Trace Number: **T20230306939**       Request Date: **June 14, 2023**

**BRIAN LENAHAN**
**SAN DIEGO POLICE DEPT GUN RM.**
**1401 BROADWAY**
**SAN DIEGO, CA 92101**

**Badge No:** 6218
**Investigation No** ▮

### FIREARM INFORMATION
Manufacturer: CENTURY ARMS INTERNATIONAL
Model:
Caliber: 762
Serial Number: **RAS47P002325**
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name: 62 EAST COAST CRIPS

### PURCHASER INFORMATION       Purchase Date: 07/28/2017
CHARLES MARQIN ELLIS

**DOB:**
**POB:**               UNITED STATES
**Race:** WHITE             **Height:**
**Sex:** Male                **Weight:**
**ID 1:** NV DRIVER'S LICENSE
**ID 2:**               :

### RECOVERY INFORMATION      Recovery Date: 06/13/2023
Time to Crime: 2146 days

MORENO VALLEY, CA 92551
UNITED STATES
**Possessor:**
**DOB:**
**POB:**

### DEALER INFORMATION        FFL: 98804690

VENTURA MUNITIONS
5725 S VALLEY VIEW STE 1 ,2
LAS VEGAS, NV 89118
Phone: (702) 998-7727       Ship Date:

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.
**Additional Remarks:**

THIS TRACED WAS COMPLETED WITHOUT CONTACTING ANY DEALERS.
PURCHASER ACQUIRED THREE (3) FIREARMS ON THIS TRANSACTION.

**The information in this report must be validated prior to use in any criminal proceedings.**

## Dealer

The firearm was manufactured by:

**Business Name:** VENTURA MUNITIONS
**Licensee Name:** VENTURA DISTRIBUTION INC
**Address:** 5725 S VALLEY VIEW STE 1 & 2
LAS VEGAS, NV 89118
**POC Name:**

**Phone:** (702) 998-7727
**FFL Number:** 98804690
**Invoice #:**
**Last Inspection:** 10/27/2019
**Fax:**

**Dealer Note:**

**Associated Traces:** Dealer may be associated with 3739 other traces based on FFL Number.

## Individual

The following individual was reported to have purchased the firearm on July 28, 2017:

**Name:** CHARLES MARQIN ELLIS ████████
**Address:** ████████████████

**DOB:** ████
**POB:** ████ UNITED STATES
**Race:** WHITE
**Height:**

**Criminal History:** N/A

**Sex:** Male
**Weight:**

**ID State/Type:** NV DRIVER'S LICENSE    : ████████
**ID State/Type:**    :
**Individual Note:**

**AKA Name:**
**AKA DOB:**

**Associated Traces:** Individual may be associated with 53 other traces/multiple sales based on Last Name and Date of Birth.

## Recovery Location

The firearm was recovered on June 13, 2023 from the following location:

**Address:** ████████████
MORENO VALLEY, CA 92551
UNITED STATES

**Location Type:** RESIDENCE

**Time to Crime:** 2146 days
**Vehicle Year :**    **Make:**    **Model:**    **Tag:**
**Recovery Note:**

**Associated Traces:** Recovery location may be associated with 9 other traces based on Street Name, City and State.