# EXHIBIT 2

# ATF Uncertified Trace Report

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223

Print Date: July 27, 2023

## FIREARMS TRACE SUMMARY

Trace Number: T20230393668   Request Date: July 26, 2023   Completion Date: July 27, 2023

**ADAM LEWIS**
**JACKSON CO SHERIFF'S OFFICE**
**5179 CRATER LAKE HWY**
**MEDFORD, OR 97502**

**Badge No:** JC788
**Investigation No:**

### FIREARM INFORMATION
- **Manufacturer:** HIPOINT (STRASSELL'S MACHIN...)
- **Model:** C9
- **Caliber:** 9
- **Serial Number:** P1976926
- **Type:** PISTOL
- **Country:** UNITED STATES
- **Importer:**
- **Obliterated:**
- **Identifying Marks:**
- **NIBIN:**
- **Gang Name:**

### RECOVERY INFORMATION
- **Recovery Date:** 03/28/2023
- **Time to Crime:** 2217 days

LAS VEGAS, NV
**Possessor:**
**DOB:**
**POB:**

### PURCHASER INFORMATION
**Purchase Date:** 03/02/2017
**CHARLES MARTIN ELLIS**

**DOB:**
**POB:** BURBANK, CA UNITED STATES
**Race:** WHITE
**Sex:** Male
**Height:** ft in
**Weight:** lbs
**ID 1:** NV DRIVER'S LICENSE:
**ID 2:**

### DEALER INFORMATION
**FFL:** 98804690
VENTURA MUNITIONS
5725 S VALLEY VIEW STE 1 & 2
LAS VEGAS, NV 89118
**Phone:** (702) 998-7727  Ext:
**Ship-To-Date:**

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.