1  DONALD J. GREEN, ESQ.
   Nevada Bar No. 1869
2  California Bar No. 112495
   4760 South Pecos Road, Suite 103
3  Las Vegas, Nevada  89121
   Cell:     (702) 409-8239
4  Fax:      (855) 459-8472
   CrimeLV7777@aol.com
5  Attorney for Defendant
   **CHARLES ELLIS**
6

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9  UNITED STATES OF AMERICA,      )   **Case No.: 2:18-CR-00255-JAD**
                                  )
10         Plaintiff,              )
                                  )
11                                 )   **SENTENCING MEMORANDUM**
                                  )
12    vs.                          )
                                  )
13  CHARLES ELLIS,                 )
           Defendant.              )
14  _____)

15  **CERTIFICATION:   This SENTENCING MEMORANDUM is timely filed.**

16       COME NOW, defendant CHARLES ELLIS, by and through his counsel

17  Donald J. Green, Esq., who submits this SENTENCING MEMORANDUM for the

18  Sentencing now set for November 8, 2023.

19       Standing before the Court is Charles Ellis, now convicted of the

20  crimes stated in the Indictment. His voluntary Guilty Plea was the

21  product of a deep, self-evaluation of his own conduct which has led

22  to the Sentencing.

23       The defendant understands that he will be sent to prison.

24       The following requests are being made:

25       1.   Due to his serious, ongoing medical issues, defendant is

26            requesting a SELF-SURRENDER date of January 31, 2024.

27            Why?

28

|   |   |   |
|---|---|---|
| 1 | A. | Due to limited financial resources, defendant was permitted to reside in Dolan Springs, Arizona. |
| 3 | B. | Defendant has made every required court appearance. |
| 4 | C. | Defendant poses no risk of non-appearance. The Court is respectfully reminded that on or about August 2018 over 5 years ago, defense counsel Green actually surrendered defendant to ATFE Agents in the back of the Lloyd D George Federal Courthouse. This self-surrender was arranged among the US Attorney, the ATFE Agents and defense counsel. On the date of the surrender, defendant was later released by the United States Magistrate Judge. |
| 13 | 2. | Due to his serious, ongoing medical issues, defendant is requesting a recommended placement at a USBOP Facility with a hospital or at which there is acute medical care. |
| 16 | A. | Defendant has recently been released from the hospital after having suffered a stroke. |
| 18 | B. | Defendant has a serious heart condition. |
| 19 | C. | Defendant is a diabetic. |
| 20 | D. | Defendant is still recovering from an attack by a Wild Hog in Arizona on Thanksgiving Day 2022. Defendant was rushed to medical care. Thereafter, defendant underwent RABIES VACCINATIONS, which were even scheduled during the trial phase of this case. The injuries from this animal attack have not resolved. Defendant is still undergoing medical treatment. |

Defendant worked all of his adult life. To this day, even after being discharged in the year 2018 from his job where he worked for nearly 19 years, defendant has been self-employed. He even bought two water trucks so that he could start and operate his licensed business to provide water to many low-income and senior citizen residents of Dolan Springs, Arizona. His customers will miss him.

Defendant is contrite: accepting full responsibility for his crimes. Defendant doesn't blame anyone but himself.

Therefore, defendant respectfully requests that the Court sentence him to not more than 45 months with a variance on each count to run concurrently as specified on page 19 of the Pre-Sentence Report.

Dated: 11/7/2023          Respectfully submitted,

_____Donald J. Green___11/7/2023

**CERTIFICATE OF ELECTRONIC SERVICE**

**The undersigned certifies that a true and correct copy of the foregoing SENTENCING MEMORANDUM was electronically served on the following:**

**JASON M. FRIERSON**
**UNITED STATES ATTORNEY**
**EDWARD G. VERONDA**
**Assistant U.S. Attorney**

By _____Donald J. Green___11/7/2023