# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-255-JAD-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| CHARLES ELLIS, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Charles Ellis to the criminal offenses, forfeiting the property set forth in the Amended Bill of Particulars and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Charles Ellis pled guilty. Criminal Indictment, ECF No. 1; Amended Bill of Particulars, ECF No. 45; Minutes of Proceedings - Jury Trial Day 3, ECF No. 93; Preliminary Order of Forfeiture, ECF No. 96.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 24, 2023, through February 22, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 97-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Zhongzhou Machine works 12 gauge shotgun, Model JW2000 coach gun, SN: JW12-24318;
2. Taurus International .22 pistol, Model PT22, SN: 63613Z;
3. Hi-Point .380 pistol, Model CF380, SN: P922466;
4. Chiappa Firearms .22 caliber, Model 1911-22, SN: 17E03932;
5. Shooters Arms Manufacturing, Inc. .45 Pistol, Model 1911 Military, SN ML126895;
6. Magnum Research, Model Desert Eagle, SN: DK0024994;
7. Marlin Firearms Co., Model 39A, SN: B5936;
8. Chiappa Firearms Ltd. Mare's Leg pistol, Model 1892, SN: 14C71475;
9. Kral Arms 12 gauge shotgun, Model Setter, SN: KRU035392;
10. Ruger .450 Rifle, Model Bushmaster, SN 697-59251;
11. Kimber 9 mm handgun, Model Micro 9, SN PB0042989; and
12. Any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all

/ / /

rights, titles, and interests in the property are extinguished and are not recognized for Charles Ellis and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: November 8, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE